IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **JENNIFER L. GAILEY**, <br><br> Plaintiff, <br><br> v. <br><br> **MICHAEL J. ASTRUE,** <br> Commissioner of Social Security, <br><br> Defendant. | Civil Action No. 7:10-CV-22 (HL) |

## ORDER

The Recommendation of United States Magistrate Judge Thomas Q. Langstaff (Doc. 13) is before the Court. Judge Langstaff recommends that the Commissioner's decision be reversed and remanded pursuant to Sentence Four of § 405(g). No objections to the Recommendation were filed.

The Court has reviewed the Recommendation for clear error, and finds none. The Recommendation is accepted and adopted, and the matter is remanded to the ALJ for further proceedings.

**SO ORDERED**, this the 13th day of September, 2011.

*s/Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh